| | |
|---|---|
| 1 | ROB BONTA<br>Attorney General of California |
| 2 | R. MATTHEW WISE<br>Supervising Deputy Attorney General |
| 3 | NICOLE J. KAU<br>Deputy Attorney General |
| 4 | State Bar No. 292026<br> 300 South Spring Street, Suite 1702 |
| 5 |  Los Angeles, CA  90013-1230<br> Telephone:  (213) 269-6220 |
| 6 |  Fax:  (916) 731-2125<br> E-mail:  Nicole.Kau@doj.ca.gov |
| 7 | *Attorneys for Defendant,*<br>*Attorney General Rob Bonta* |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CODY JAY BROWNSTEIN,**<br><br>Plaintiff,<br><br>v.<br><br>**ORANGE COUNTY SHERIFF'S DEPARTMENT and ROB BONTA, in his official capacity as Attorney General of the State of California,**<br><br>Defendants. | 8:24-cv-00970-SSS-AS<br><br>**JOINT STIPULATION TO STAY PROCEEDINGS; [PROPOSED] ORDER**<br><br>Judge:  The Honorable Alka Sagar<br>Action Filed: May 6, 2024 |

Plaintiff Cody J. Brownstein and Defendants Orange County Sheriff's Department and Attorney General Rob Bonta (collectively, the Parties) hereby stipulate to a stay of the proceedings in this Court pending the consideration of Assembly Bill No. 1078 (2025-2026 Reg. Sess.), as introduced February 20, 2025. This bill, if enacted, would directly address the dispute in this case.

THEREFORE, the Parties jointly request that the Court stay all proceedings. The Parties will file joint status reports regarding the bill, any settlement reached, and any other relevant updates, at intervals no longer than three months.

1

| | |
|---|---|
| Dated: March 4, 2025 | /s/ Cody Brownstein |
| | CODY BROWNSTEIN |
| | *Plaintiff* |
| | |
| Dated: March 4, 20205 | ROB BONTA |
| | Attorney General of California |
| | R. MATTHEW WISE |
| | Supervising Deputy Attorney General |
| | |
| | /s/ Nicole Kau |
| | NICOLE J. KAU |
| | Deputy Attorney General |
| | *Attorneys for Defendant* |
| | *Attorney General Rob Bonta* |
| | |
| Dated: March 4, 2025 | LEON J. PAGE, COUNTY COUNSEL |
| | |
| | /s/ Kayla Watson |
| | KAYLA WATSON |
| | Senior Deputy County Counsel |
| | *Attorneys for Defendant Orange County Sheriff's Department* |

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, and good cause appearing, it is hereby ORDERED that all proceedings before this Court are stayed pending consideration of Assembly Bill No. 1078 (2025-2026 Reg. Sess.). The Parties are to submit joint status reports no later than every three months, starting from the date of this order.

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Alka Sagar
United States Magistrate Judge

3

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Brownstein v. Orange County Sheriff's Department, et al.** | Case No. | **8:24-cv-00970-SSS-AS** |

I hereby certify that on <u>March 4, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**CASE MANAGEMENT REPORT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 4, 2025</u>, at Los Angeles, California.

| Kevin Carballo | *Kevin Carballo* |
|---|---|
| Declarant | Signature |

SA2024900210
67269553.docx