JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY JAY BROWNSTEIN,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ORANGE COUNTY SHERIFF'S DEPARTMENT and ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>　　　　　　　　　　Defendants. | 8:24-cv-00970-SSS (AS)<br><br>[~~PROPOSED~~] ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>Action Filed: May 6, 2024 |

　　　Pursuant to the Joint Stipulation of Voluntary Dismissal with Prejudice filed by the Parties pursuant to Federal Rule of Civil Procedure 41(a)(1)A)(ii), and for good cause shown, IT IS ORDER THAT:

　　　1.　The action is dismissed with prejudice; and

　　　2.　Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: December 29, 2025　　　　　　＿＿＿＿＿＿／ s / Sagar＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　HONORABLE ALKA SAGAR
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1